UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:　　　　　　　　　　　　　　CASE NO. 98-80704 C-11D

　　ROASTERS CORPORATION,
　　Tax ID # 65-0410705,

　　　　Debtor.
_____/

ENTERED

CPH

ORDER GRANTING MOTION FOR
LEAVE TO APPEAR PRO HAC VICE

**THIS CAUSE** having come on upon MIAMI-DADE COUNTY's Motion for Leave to Appear Pro Hac Vice for Melinda S. Thornton, Assistant County Attorney, and this Court having reviewed the Motion and otherwise being fully advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that counsel's Motion be and the same is hereby **GRANTED**.

**ORDERED** in the Middle District of North Carolina, Durham Division, this 28 day of January, 2000.

　　　　　　　　　　　　　　　William L. Stocks
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:
Melinda S. Thornton, Assistant County Attorney
Robyn R.C. Whitman, Esquire
Gerald A. Jeutter, Esquire
James B. Miller, Esquire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
Roasters Corporation ) Case No. **98-80704C-11D**
)
)
**Debtor(s)** )

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the Order Granting Motion for Leave to Appear Pro Hac Vice by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Michael D. West, Esq.                    **(HAND DELIVERED)**
U. S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC  27101

Melinda S. Thornton
Assistant County Attorney
2810 Stephen P. Clark Center
111 NW First Street
Miami, FL 33128-1993

Robyn R.C. Whitman
Hutson, Hughes & Powell, P.A.
POD 2252-A
Durham, NC 27702

James B. Miller, Esquire
Pathman Lewis
One Biscayne Tower, Suite 2450
Two South Biscayne Blvd.
Miami, FL 33131

Gerald A. Jeutter, Jr.
Pathman Lewis, P.A.
POB 300004
Raleigh, NC 27622

THIS the 28 day of **January**, 2000.

OFFICE OF THE CLERK

BY: **Christine P. Hamrick**/CPH
Deputy Clerk