UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

ENTERED
JAN 2 8 '00
U.S. Bankruptcy Court
Greensboro, NC
CPH

IN RE: )
)
Roasters Corporation and ) Case No. 98-80704C-11D
Roasters Franchise Corporation, ) Case No. 98-81049C-11D
) (Jointly Administered)
Debtors. )
)

### ORDER

In accordance with the memorandum opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED AND DECREED that Debtors' objections to Claim No. 411 are sustained and Claim No. 411 which was filed on behalf of Kevin C. Melilli, K.C.M. Enterprises, Inc. and 21-21 Broadway Enterprises, Inc. is disallowed.

This 28th day of January, 2000.

*William L. Stocks*
_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

CO-152 (3/96)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
    Roasters Corporation and ) Case No. __98-80704C-11D__
    Roasters Franchise )
    Corporation )
        **Debtor(s)** )

### CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the _Memorandum Opinion and Order_ by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Michael D. West, Esq.                         **(HAND DELIVERED)**
U. S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27101

Lawrence Ashe, Esquire
Suite 2700
100 Southeast 2nd Street
Miami, FL 33131

Rayford K. Adams, III, Esquire
Adams & Costley
POB 21007
Greensboro, NC 27420-1007

John A. Northen, Esquire
William Blue, Esquire
Northen Blue, LLP
POB 2208
Chapel Hill, NC 27515

THIS the 28th day of **January**, 2000.

                                            OFFICE OF THE CLERK

                                            Christine P. Hamrick/CPH
                                 BY:_____
                                                Deputy Clerk